```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

ADRIAN FERNANDO AREIZA CEBALLOS,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT PRELIMINARY ORDER
OF FORFEITURE/
MONEY JUDGMENT

S2 24 Cr. 133 (MKV)

WHEREAS, on or about May 2, 2024, ADRIAN FERNANDO AREIZA CEBALLOS (the "Defendant"), among others, was charged with one count of a six-count Superseding Indictment, S2 24 Cr. 133 (MKV) (the "Indictment"), with conspiracy to import cocaine, in violation of Title 21, United States Code, Sections 963 (Count Six);

WHEREAS, the Indictment included a forfeiture allegation as to Count Six of the Indictment, seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 853, of any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense charged in Count Six of the Indictment and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense charged in Count Six of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count Six of the Indictment;

WHEREAS, on or about November 24, 2025, the Defendant pled guilty to Count Six of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count Six of the Indictment and agreed to forfeit to the United States, pursuant to Title 21, United States Code, Section 853, a sum of money

representing the amount of proceeds traceable to the commission of the offense charged in Count Six of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $9,650 in United States currency, representing the amount of proceeds traceable to the offense charged in Count Six of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count Six of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorneys Jennifer N. Ong and Eli J. Mark, of counsel, and the Defendant and his counsel, Jean D. Barrett, Esq., that:

1. As a result of the offense charged in Count Six of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $9,650 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count Six of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant ADRIAN FERNANDO AREIZA CEBALLOS, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals

Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____          11/24/25
JENNIFER N. ONG/ELI J. MARK                   DATE
Assistant United States Attorneys
26 Federal Plaza
New York, NY 10278
(212) 637-2224/2431


ADRIAN FERNANDO AREIZA CEBALLOS


By: X _ADRIAN AREIZA. C._____              11/24/2005
ADRIAN FERNANDO AREIZA CEBALLOS               DATE


By: _____           11/24/2005
JEAN D. BARRETT, ESQ.                         DATE
Attorney for Defendant
47 Park Street
Montclair, NJ 07042


SO ORDERED:

_Mary Kay Vyskocil_____             11/24/2025
HONORABLE MARY KAY VYSKOCIL                   DATE
UNITED STATES DISTRICT JUDGE