UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA                     :
                                             :
              v.                             :        24 Cr. 133 (MKV)
                                             :
ADRIAN FERNANDO AREIZA CEBALLOS,             :
                                             :
              Defendant.                     :
                                             :
-------------------------------------------------------------x

## SENTENCING MEMORANDUM ON BEHALF OF
## ADRIAN FERNANDO AREIZA CEBALLOS

JEAN D. BARRETT
RUHNKE & BARRETT
47 Park Street
Montclair, NJ 07042
973-744-1000
jeanbarrett@ruhnkeandbarrett.com
Attorney for Adrian Fernando Areiza Ceballos

Adrian Fernando Areiza Ceballos will appear before this Court for sentencing on May 6, 2026. The letter memorandum is submitted on his behalf in anticipation of that day and specifically in support of a sentence of time served. Mr. Areiza Ceballos[1] acknowledges that he engaged in a serious criminal act. However, we respectfully submit that because Adrian has already received a severe sentence in Colombia, which he must serve when he is returned there, even with a time served sentence in the United States, he will be faced with more than 10 years imprisonment upon his return to his home country. He will spend more time in prison than his brother, Alexander, who not only organized and brokered the two narcotics sales in Colombia, but also served as a courier in the cryptocurrency scheme which is also charged in the indictment.

A sentence of time served for Adrian is, in reality, not far off the mark of the 36 month term Probation recommends since Adrian has been held on the charge in this indictment from April 30, 2024, when he was taken into custody on the extradition warrant. Thus, he is already served 24 months and 6 days as of May 6th. If the sentence imposed is 36 months, he would most likely serve between 30 and 31 months. To put it bluntly, the difference in the time in custody between a sentence of time served and a sentence of 36 months is six or seven months.

A.    ADRIAN FERNANDO AREIZA CEBALLOS' BACKGROUND

Adrian is a 46 year old man who was born in Yarumal, Colombia[2] and raised in rural

---

[1]Hereinafter, Mr. Areiza Ceballos and his brother Alexander will be referred to by their first names to avoid confusion.

[2]Yarumal is a community being study by Alzheimer researchers because of a larger than normal occurrence of a genetic form of the disease. https://www.mcdb.ucsb.edu/news/all/2024/untangling-sticky-mystery-researchers-make-

poverty on a family farm in Yarumal. PSR ¶59. When Adrian was eight or nine, his father Martin moved the family, which consisted of Adrian's mother, Miriam, Adrian and his three older brothers, to Medellin because of the prevalence of guerillas in the Yarumal area. Indeed in the 1980s and 1990s, the largest and best equipped guerilla group in Latin America, the Revolutionary Armed Forces of Colombia known as FARC, terrorized large swaths of Colombia. Approximately 260,000 people were killed and millions were displaced over the more than 50 years of conflict between FARC rebels and the Colombian government.[3] Adrian's family were apparently among those displaced.

In Medellin, the family lived in poverty in a one bedroom apartment and life was very difficult, because Adrian's father, who never went to school, had always lived in a rural area and had trouble adjusting to city life. Consequently, he worked on a farm 45 minutes away until Adrian's mother, Miriam, died of breast cancer. Miriam's death upended the family and deeply affected Adrian. PSR ¶ 60. His father relocated them to his own father's farm in Puerto Valdivia, more than 100 miles north of Medellin. Adrian stopped school to work on his grandfather's farm. PSR ¶ 72. After his grandfather's death, when Adrian was 15, the farm was taken over by Adrian's paternal uncles and his father bought another farm and moved there. Adrian worked on his grandfather's farm with his brother Alexander and his uncles until he was 17 when he got work on another farm. He joined the military when he turned 18.

Adrian remained in the military fighting the guerillas from 1998 to 2001. In 2001,

---

precious-headway-genetic-form-alzheimers. [Last visited 04/21/2026.]

[3]https://www.bbc.com/news/world-latin-america-36606568.    [Last    visited 04/21/2026.]

when he was returning from a two day leave to attend a commemorative Mass for his mother, he was a passenger on a motorcycle when it was struck by an oncoming vehicle. He fractured the tibia and fibula bones in his leg and broke his patella. He spent nine days in the hospital undergoing multiple surgeries including the insertion of metal rods to stabilize the bones in his calf. The injury was severe enough that it rendered him unfit for continued military service. He was bedridden for the next six months followed by a nine month period on crutches. He progressed from two crutches to one, then a cane, followed by physical therapy because he couldn't bend his knee. After two years, he was finally able to walk on his own, however, he still suffers knee pain if he doesn't wear a compression brace.[4]

When he was well enough, Adrian worked as a carpenter for several years and then as a security guard for four or five years. He had to abandon his security guard career because he was unable to stand for long periods. He had his own carpentry business for four years and after he lost that, he started driving for a rideshare company until rival taxi drivers burned his car.

Adrian has two living older brothers, Omar, a construction worker and Alexander, who is retired from the military and also involved in this case. He has one younger brother, Diego, a police officer, who was born after the move to Medellin. Another brother, Elkin, died in a tragic accident 15 years ago at the age of 33. PSR ¶57. Adrian met his future wife Claribeth in about 2006. They have two daughters, Juliana, an 18-year-old college student and Fernanda who is 16 and in high school. He and Claribeth married on December 31, 2015. His wife is working as a seamstress and things are difficult both financially and

3

emotionally for his family. They live in a house belonging to his brother Diego.

Adrian has always been close to his brother Alexander, who would help financially when Adrian was struggling. When Alexander came home from working in the Emirates in 2022, he convinced Adrian that city life was too hard and they bought a farm in Puerto Valdivia. Alexander paid a down payment and visited the farm only about every four months, while Adrian did all the farmwork. They had laying hens, pigs, avocados and cultivated cachama and tilapia fish, and, like many of the farms in the area, a small portion of the farm was devoted to cocoa plants. The proceeds were only enough to pay a monthly mortgage, leading to this offense.

B.     ADRIAN'S ROLE IN THE OFFENSE

According to the Government, Alexander's and his wife, Erica Milena Lopez Ortiz, worked with a group involved in laundering proceeds of illicit activity, including drug money, using shell companies and cryptocurrency. In October, 2023, Lopez discussed selling cocaine with an individual who turned out to be confidential informant. She said she would arrange the purchase of cocaine paste from her husband, Alexander and his brother Adrian. Payment was to be made by cryptocurrency to be converted into Colombian pesos by co-defendant Zuluaga, with whom Lopez worked. Alexander then began communicating with a number of people arranging the cocaine paste transaction. All of those individuals were either informants or undercover law enforcement personnel.

After various conversations, Alexander offered the informant nine kilos and gave him Adrian's number to arrange the delivery. On November 23, 2023, Adrian made the delivery and the cryptocurrency payment was made by law enforcement. PSR ¶ 27. Then, in early 2024 Alexander arranged for a second sale of 100 kilos to the informant. However, before

4

the sale could be made, Colombian law enforcement raided the homes of Adrian and his father and recovered more than 100 kilos of cocaine paste from Adrian's home. Present at the time of the raid were Adrian, Alexander, their father, and Adrian's family. When the police threatened to arrest his wife and daughters, Adrian took responsibility for it all, while Alexander stood there and said nothing. Adrian, alone, was immediately arrested and eventually pled guilty and was sentenced to 128 months by the Colombian criminal court.

While he was awaiting resolution of his Colombian criminal case, Adrian was arrested pursuant to an extradition warrant issued in connection with this case. The Colombian government agreed to extradite him, but only for the nine kilo sale, since he had already been prosecuted for the paste seized by local law enforcement.

Adrian never had contact with the prospective buyers except to do the delivery. Lopez Ortiz and Alexander did all the negotiations. Indeed, Alexander not only negotiated the two sales, but also acted as a courier for the crypto network. *See* Government sentencing letter for Alexander Egidio Areiza Ceballos, Doc. 217, p. 4. Although Alexander minimizes his role by suggesting that it was Lopez Ortiz and Adrian who lured him into these transactions, *see* sentencing memo on behalf of Alexander, Doc. 218, pp. 5-6, discovery provided by the Government is replete with telephone conversations between Alexander, not Adrian, and the self-described purchasers of the cocaine paste. Furthermore, it was Alexander who made the downpayment for the purchase of the farm, which Adrian worked, and it was Alexander who worked in the cryptocurrency business.

C.    ADRIAN IS A DEVOTED FAMILY MAN AND A MODEL PRISONER WHOSE LIFE HAS VALUE

Adrian's life has been a struggle in many ways, but his family members describe him

as a hardworking man who is devoted to his family. His father describes his early life:

> Adrián grew up like many children from humble homes—without luxuries, but surrounded by love and simple teachings: respect, work, and helping others. He did not have the opportunity to study, not because he did not want to, but because life does not always offer the same opportunities to everyone. We were a farming family, but he never remained idle. Although he could not study, he began working from a very young age. He went through many hardships, including the death of his mother when he was very young, but he was always known as a hardworking and responsible person.

Exhibit B, p.2.[5] His brother, Diego, the youngest in the family, was only five when their mother died and Adrian assumed a parental role his baby brother's life. During the time he was in the military and earning a regular salary, Adrian sent money for Diego's food, clothing and school to the aunt who was caring for him. Diego is now a police officer and is helping Adrian's wife and daughters with housing and other needs. Diego, describes how, after the death of their mother, Adrian, then only 12 himself, took over his care.

> [T]he person I am today is largely thanks to my brother Adrián Fernando. When I was just a teenager, he took on my care with responsibility and love, supporting my education and guiding me by example so that today I may be a person of integrity, principles, and values.

Exhibit B, p. 5.

Of course, the three people most important to Adrian are his wife, Claribeth, and his daughters, Julianna and Fernanda. Claribeth describes their life together as "not a perfect

---

[5]Exhibit B consists of the English translations of Exhibit A, which are the original letters of support in Spanish.

life, but (one) . . . built with effort, commitment, and love." She says they have always been a close family, with the parents making decisions together and supporting one another. She believes that over the last two years, Adrian has shown improvement in many ways. Exhibit B, p. 1.

His older daughter, Juliana, now 18, agrees. She describes her father as a hero who is hardworking, devoted to his family, "enjoys helping others and is known for being joyful and kind." She also agrees that her father

> has shown remorse, growth, and a deep desire to move forward and do things right. His time deprived of liberty has allowed him to reflect and grow as a human being.

Exhibit B, p. 6

And then there's Adrian's "little girl," Fernanda, now 16. She, too, describes her father as a hero. She also knows "he wants to be better, continue working, and be present to support and guide me down the right path."

> When he was with me, he always took care of me, advised me, and made me feel safe. Even while deprived of his liberty, he continues to do so, because nothing has ever been an obstacle for him to be a very good father to me.

Exhibit B, p. 3.

While Adrian was awaiting extradition in Colombia, he began taking high school classes. Adrian has also used his time productively while incarcerated at the Westchester County Jail. He has no disciplinary infractions, is taking English classes and serves as a trustee. In short, he is a model prisoner.

7

D.    A SENTENCE EXCEEDING TIME SERVED WOULD BE GREATER THAN NECESSARY

Adrian Fernando Areiza Ceballos will appear before the Court on May 6, 2026 having earned credit for more than two years in this case. If he receives a 36-month sentence, as Probation suggests, and assuming he receives good time credits amounting to a 15% reduction in his sentence, he would have to serve, at most, seven additional months. But there is a more powerful reason why additional time for Adrian would be greater than necessary and that is because of the sentence of 128 months he will resume serving upon his return to Colombia. According to his lawyer in Colombia, Pablo Cesar Morales Gaviria, with whom undersigned counsel has corresponded, the time from the arrest on the extradition warrant on April 30, 2024 will not be credited against his Colombian sentence. After deducting the two and half months during which he was held on the Colombian charges, there will be 125.5 months he owes to Colombia on his sentence. When that is juxtaposed with applicable guidelines in his brother's case of 70 to 87 months, where the brother pled to the full 109 kilos which were sold or to be sold, the difference amounts to almost five years at the low end of the guideline range. Of course, Alexander, who is clearly more culpable than Adrian received a sentence of 66 months and will be heading home to his family in only a couple of years. Even if Adrian received a time served sentence, he still faces an additional 10+ year-sentence in a Colombian prison.

For all the reasons set forth above, it is submitted that a sentence of time served is sufficient punishment for the case before this Court.

Respectfully submitted,

*/s/Jean D. Barrett*

Jean D. Barrett
Attorney for Adrian Fernando Areiza Ceballos

Dated: April 22, 2026